FILED
JAN 2 5 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>HUGO MONTES-VICENTE,<br><br>               Defendant. | Case No.: 3:09-CR-04628-GT<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY ORDERED that the sentencing date in the above-referenced case be continued from April 2, 2010, at 9:00 am, to May 21, 2010 at 9:00 am.

DATED: January 25, 2010

_____
Honorable Gordon Thompson, Jr.
United States District Court Judge

1

09-CR-4628-GT