FILED
MAY 11 2010

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,  )<br>                                                    )<br>                    Plaintiff,  )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>HUGO MONTES-VICENTE,          )<br>                                                    )<br>                    Defendant.  )<br>                                                    )<br>                                                    ) | Case No.: 3:09-CR-04628-GT<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY ORDERED that the sentencing date in the above-referenced case be continued from May 21, 2010 at 9:00 am to June 21 at 9:00 am.

DATED: May 12, 2010

_____
Honorable Gordon Thompson, Jr.
United States District Court Judge