```
                                                        FILED
                                                      MAY 1 8 2010
                                                  CLERK U.S. DISTRICT COURT
                                                  SOUTHERN DISTRICT OF CALIFORNIA
                                                  BY            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATE OF AMERICA, | ) Case No.: 3:09-CR-04628-GT |
|---|---|
| Plaintiff, | ) **ORDER GRANTING MOTION TO** |
| vs. | ) **CONTINUE SENTENCING HEARING** |
| HUGO MONTES-VICENTE, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the sentencing date in the above-referenced case be continued from June 21, 2010 at 9:00 am to July 21 at 9:00 am.

DATED: May 18 2010

_____
Honorable Gordon Thompson, Jr.
United States District Court Judge