FILED
JUN 10 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUGO MONTES-VICENTE,<br><br>　　　　Defendant. | Cr. No. 09-4628GT<br><br>**ORDER** |

　　On June 2, 2010, Counsel for Defendant, Hugo Montes-Vicente ("Mr. Montes"), submitted an *Ex Parte* Request for Psychological Evaluation ("Request") and request that the papers be filed under seal. For the reason stated below, these requests are **DENIED**.

　　On January 13, 2010, Mr. Montes pled guilty to one count of Being a Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326(a) and (b). Instead of immediate sentencing, the Court ordered a Presentence Report ("PSR"). The PSR presented Mr. Montes' continuing criminal history including several drug convictions for possession and/or sale of cocaine base, possession of a firearm, and two references to sexual misconduct. The Request focuses on these two references to Mr. Montes' sexual misconduct.

The PSR (pg 3, line 42-pg 4, line 2) quotes Parole officials recommending that Mr. Montes receive a "dishonorable discharge" because "he is not capable at the time of expiration of commitment of functioning as a law abiding citizen." Additionally, the parole report states that Mr. Montes had failed to deal "with pedophilia appropriately and still poses a significant threat to [the] community." The PSR (pg 6, line 38-pg 7, line 4) states that there was a complaint lodged with the Department of Children's Services against Mr. Montes for sexual abuse. Mr. Montes was arrested on an outstanding warrant with no further information about the sexual abuse allegations. The Request states that based upon this information the PSR recommends "the highest possible custodial consequences." However, this is an incomplete assessment of the PSR's recommendation.

The PSR (pg 12, line 8- pg 13, line10) outlines Mr. Montes extensive criminal history and his failure to become a law abiding citizen. Mr. Montes' criminal history begins at the age of sixteen with drug possession charges and progresses with sexual assault, more drug charges, possession of a stolen vehicle and lying to police officers. As an adult, his criminal history continues with several rock cocaine possessions, cocaine base sales, two possessions of a handgun and another sexual abuse allegation, all done while Mr. Montes was in the United States illegally. The PSR states that it is unlikely Mr. Montes will start anew in Mexico. The PSR concludes that the high end of the guideline range is necessary "to serve as a deterrent and to protect the public from his recurring criminal activity." Essentially, the PSR recommends the high end of the guideline range because of Mr. Montes' extensive criminal history, his failure to abide by the laws of the United States and his danger to the public.

Counsel for Mr. Montes requests a psychological evaluation "to ascertain his present mental health, risk to community, if any, and potential need for treatment." Counsel states that she does not feel Mr. Montes is incompetent, but an evaluation would provide "additional insight" into this case and potential § 3553 factors.

The Court deems that the benefits of a psychological evaluation would not outweigh the substantial proposed cost. Mr. Montes had a psychological evaluation done when he was a juvenile. The report pointed to Mr. Montes lack of education and use of drugs. Mr. Montes

declined to give the Probation Officer any further information regarding his physical or emotional health. Mr. Montes continuing criminal behavior, including his gang affiliation, is without a doubt a definite threat to the community. Finally, treatment options are limited in Mr. Montes case, especially since he is competent. Accordingly,

**IT IS ORDERED** that *Ex Parte* Request for Psychological Evaluation is **DENIED**

**IT IS FURTHER ORDERED** that the motion to file the Request under seal is also **DENIED.**

**IT IS SO ORDERED.**

June 9 2010
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel