FILED
JUL 0 2 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>HUGO MONTES-VICENTE,<br><br>                 Defendant. | Case No.: 3:09-CR-04628-GT<br><br>**ORDER COMPELING U.S. PROBATION TO RELEASE RECORDS AND CONTINUE SENTENCING** |

Upon Defense counsel's filing of an Ex Parte Motion to Compel U.S. Probation to Release Records, IT IS HEREBY ORDERED that U.S. Probation shall provide defense counsel with the following records in its possession pertaining to defendant Hugo Montes-Vicente:

    a) all juvenile court records;

    b) police reports;

    c) probation reports from his juvenile case; and

    d) any and all other documents in its possession regarding Mr. Montes-Vicente's criminal history.

Good cause showing, IT IS FURTHER ORDERED that the sentencing hearing scheduled for July 21 at 9:00 am be vacated and reset for 8/27/10 @ 9:00 a.m.

DATED: July 2nd, 2010

                              Honorable Gordon Thompson, Jr.
                              United States District Court Judge