FILED
AUG 1 2 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATE OF AMERICA, | ) | Case No.: 3:09-CR-04628-GT |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |
| vs. | ) | |
| HUGO MONTES-VICENTE, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the sentencing date in the above-referenced case be continued from August 27, 2010 at 9:00 am to November 2, 2010 at 9:00 am.

DATED: August 12, 2010

_____
Honorable Gordon Thompson, Jr.
United States District Court Judge